[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] NOTICE OF DECISION
As to plaintiff's Amended Motion for Contempt — Post Judgment (No. 150), the Court finds that there is an arrearage due the plaintiff from the defendant in the sum of $262,225, per the attached schedule.
 CALCULATION OF ARREARAGE
Year Base Other
1994 $ 46,506* $ 16,680*
CT Page 1175 1995 $ 122,200 $ 55,200 1996 $ 169,815 $ 24,000 1997 $ 168,011 $ 33,640 1998 $ 99,095 $ 49,000 1999 $ 42,600 _________
 __________ _________ $ 648,227 $ 178,520 x.50 x.30 __________ _________ $ 324,114 $ 53,556
 $ 377,670 ($ 115,445) ___________ $ 262,225
KAVANEWSKY, J.